U.S. COURT ANCHORAGE ALASKA

Robert Abel
    v
State Alaska

CASE # 02-0080
DEC 12, 05

FILED
DEC 13 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

Motion

Re-open this case. As this court advised they would do.
  Acomplish justice
  End conspiracy cover up
  State of Alaska must respond to 12 exhausted issues.
  Immediate action

Robert Abel

CC to Sup. Ct. U.S. Wash. D.C.

14