UNITED STATES COURT ANCHORAGE ALASKA

ROBERT ABEL V. STATE OF ALASKA
CASE A02-0080         FEB 7, 06

RECEIVED
FEB 0 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

MOTION - APPEAL

B-2 Fact's underlying the claim if proven and viewed in light of evidence as a whole would be sufficient to establish by clear and convincing evidence that but for constitutional error no reasonable fact finder would have found the applicant guilty of the underlying offense.

These are Facts and only Facts are clear convincing evidence

This court wrote the following a foolish consistency is hobgoblin of foolish minds. Explanation a foolish consistency to only view heat passion. Issue is hobgoblin of foolish minds

This court left case 02-0080 pending not to be discuss with general public. U.S. Courts do not leave cases pending. They are dismissed with or without prejudice. Below reads Judge's Home records shared R Abel records are not to be in Singleton home thereto be in state U.S. Courts where the public can read them. ①

THIS COURT HAS NOTED SEE 28 USC 2244(B)(3) FRAUD --- MISREPRESENTATION OTHER MISCONDUCT OF AN ADVERSE PARTY.

JUDGE BEVERLY CUTLER PALMER ALASKA HAS MADE R. ABEL ALASKA COURT TRANSCRIPT 3PAS-83-1269 NOT AVAILABLE TO PUBLIC.

FOR 20 YRS THERE WAS NO COMMITMENT OF JUDGMENT IN R. ABEL RECORDS.

R. ABEL NOW HAVE TWO DIFFERENT ONE'S BOTH ARE INCOMPLETE FRAUD FORGED SIGN DATED FEB 27, 1984 BY JUDGE BEVERLY CUTLER

THE FOLLOWING FACTS APPEAR IN R. ABEL CT. TRANS 3PAS-83-1269

PG 146 CT. TRANS. STATE POLICE SGT. GORDY DID NOT HAND CUFF OR ARREST R. ABEL AT THE SCENE

JACK COLBURN WAS SHOT WOUNDED IN FRONT SIDE HEAD COMING UP R. ABEL BACK STEPS IN SELF DEFENSE AFTER BEATING (WITH ROCK) R. ABEL THE BRUISES WERE VIEWED XRAYED BY NURSE HUGHS WATSON COOK INLET PRE-TRIAL ANCHORAGE

PG 183 CT. TRANS ALASKA DISTRICT ATTORNEY MIKE WHITE CUT OFF THE HEAD PORTION OF PHOTO OF JACK COLBURN TO VIEW TO JURY COLBURN WAS SHOT IN BACK 25 FT FROM R. ABEL BACK DOOR DEFENSE ATTORNEY WOLVERTON DID NOT OBJECT TO.

JUDGE BEVERLY CUTLER

PG 343 CT. TRANS. READS COURT READS INSTRUCTIONS TO JURY. THEY ARE NOT PRINTED. DUE FACT THE WAY CUTLER INSTRUCTED THE JURY, THEY COULD NOT CONSIDER SELF DEFENSE OR HEAT PASSION R. ABEL WAS TO BE FOUND GUILTY ONLY GUILTY.

PG 61 CT. TRANS 3½ LINES ARE BLACK OUT JUDGE CUTLER IS RESPONSIBLE FOR THIS CRIME ALTERING DEFACING R. ABEL CT. TRANS. 3PAS-83-1269 MAKES TRIAL AND CONVICTION NULL VOID.

FBI JUSTICE DEPT. WASH. DC WROTE 303 PG DOCUMENT OF R. ABEL TRIAL 3PAS-83-1269 AND CONSPIRACY COVER UP. FBI #44-B-AN-9167-1

ROBERT ABEL CIVIL RIGHTS

DUE THESE FACTS CONVINCING EVIDENCE NO REASONABLE FACT FINDER WOULD HAVE FOUND THE APPLICANT R. ABEL GUILTY OF UNDERLYING OFFENSE.

DUE THESE FACTS IMMEDIATE ACTION OF RELEASE FROM PRISON.

PRO SE [signature]   ROBERT ABEL

DUE TO CONSPIRACY COVER UP FRAUD 22 YRS 4 MO. ILLEGAL INCARCERATION ANY SANCTIONS AGAINST R. ABEL SHOULD BE WAIVED. COURT NOTED SEE 28 USC 2244 (B)(3) FRAUD.

③