UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

FEB 17 2006

FILED_____
DOCKETED_____
DATE     INITIAL

**CASE INFORMATION:**
Short Case Title: <u>Robert Abel v. State of Alaska</u>
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: <u>James K. Singleton, Jr.  3:02-CV-00080-JKS</u>
Date Complaint/Indictment/Petition Filed: <u>04/04/2002</u>
Date Appealed Order/Judgment *entered*: <u>02/02/2006</u>
Date NOA *filed*: <u>02/09/2006</u>
COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)    __pending

06-35149

Court Reporter(s) Name and Phone Number: _

Magistrate Judge's Order? If so, please attach.

RECEIVED
FEB 27 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**FEE INFORMATION:**
Date Docket Fee paid: <u>N</u>         Date Docket Fee billed: _
Date FP granted: _                     Date FP denied: _
Is FP pending? __yes/no                Was FP Limited/Revoked?
US Government Appeal?    <u>N</u> yes/no
Companion Cases? Please list: _

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                     Appellee Counsel:
Robert Abel
9633J
Spring Creek Correctional Center
PO Box 5001
Seward, AK 99664

__retained   __CJA   __FPD   __FPD   __Other       Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: _           Address: _
Custody: _                 __
Bail: _

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid:  <u>none</u>          9th Circuit Docket Number: _

Name and phone number of person completing this form: <u>Dan Maus, 907-677-6123</u>