UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
FEB 2 2 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| ROBERT N. ABEL, | No. 06-35149 |
| --- | --- |
| Petitioner - Appellant, | D.C. No. CV-02-00080-A-JKS |
| V. | **TIME SCHEDULE ORDER** |
| STATE OF ALASKA, | |
| Respondent - Appellee. | |

RECEIVED
FEB 2 7 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

The parties shall meet the following time schedule:

4/3/06   Appellant/petitioner's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1;

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1**

**Appellants/Petitioners without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a). Within 10 days of the filing of the appellant's opening brief, parties may file a statement setting forth the reasons why, in the opinion of the parties, oral argument should be heard.**

FOR THE COURT:
Cathy A. Catterson
Clerk of Court

RT

By: Ruben Talavera
Deputy Clerk