UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 0 9 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT N. ABEL,<br><br>    Petitioner - Appellant,<br><br>v.<br><br>STATE OF ALASKA,<br><br>    Respondent - Appellee. | No. 06-35149<br><br>D.C. No. CV-02-00080-JKS<br>District of Alaska,<br>Anchorage<br><br>ORDER |

RECEIVED
MAR 1 3 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

Before: Peter L. Shaw, Appellate Commissioner

The district court has not issued or declined to issue a certificate of appealability in this appeal, which appears to arise from the denial of petitioner's motion for relief from judgment pursuant to Fed. R. Civ. P. 60(b). *See Lynch v. Blodgett*, 999 F.2d 401, 403 (9th Cir. 1993) (certificate of probable cause to appeal necessary to appeal denial of post-judgment motion for relief under Rule 60(b)). Accordingly, pursuant to circuit court policy, this case is remanded to the district court for the limited purpose of granting or denying a certificate of appealability at the court's earliest convenience. *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b); *United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997).

S:\PROSE\Cmshords\2006\3.06\06-35149jw.wpd

06-35149

If the district court issues a certificate of appealability, the court should specify which issue or issues meet the required showing. See 28 U.S.C. § 2253(c)(3); Asrar, 116 F.3d at 1270. Under Asrar, if the district court declines to issue a certificate, the court should state its reasons why a certificate of appealability should not be granted, and the clerk of the district court shall forward to this court the record with the order denying the certificate. See Asrar, 116 F.3d 1270. The Clerk shall fax a copy of this order directly to the chambers of the district court judge.

*Peter L. Shaw*
General Order 6.3(e)