UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: 06/21/06

To: United States Court of Appeals       ATTN: (XXXX) CIVIL
    For the Ninth Circuit
    Office of the Clerk       () CRIMINAL
    95 Seventh Street
    San Francisco, California 94103       ()JUDGE

From:  Shari Fuhrer
    U.S. District Court
    222 West 7th Avenue, #4
    Anchorage, Alaska 99513

DC No: 3:02-cv-00080-JKS        Appeal No: 06-35149

Short title: Abel v State of Alaska

Composition of Record

Clerk's Files in   1   volumes   (xx) original   () certified copy

    Bulky docs. ____ volumes, docket # ____
                        (folders)

Reporter's   in ____ volumes   () original   ()certified copy
Transcripts

Exhibits:   in ____ envelopes   () under seal

        in ____ boxes   () under seal

Other:  **NOTE: Documents 15 -22 are electronic  and available through PACER**
    **(certified copy of ACMS and ECF docket enclosed)**

(please note any documents filed under seal)

Acknowledgement: _____       Date: _____
"record.app" [11/21/97]