UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 25 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT N. ABEL,<br><br>    Petitioner - Appellant,<br><br>v.<br><br>STATE OF ALASKA,<br><br>    Respondent - Appellee. | No. 06-35149<br><br>D.C. No. CV-02-00080-JKS<br>District of Alaska,<br>Anchorage<br><br>ORDER |

**RECEIVED**

JUL 28 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Before: HAWKINS and THOMAS, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2).

All outstanding motions are denied.

If petitioner wishes to file a second or successive 28 U.S.C. § 2255 petition in the district court, petitioner must first move this court for an order authorizing the district court to consider that petition. *See* 28 U.S.C. § 2244(b)(3).

No motions for reconsideration, modification, or clarification of this order shall be filed or entertained.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUL 25 2006

Deputy Clerk